# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 20, 2021

## NO. 03-20-00574-CV

**Vertex Industrial, Inc., Appellant**

**v.**

**State Farm Lloyds as Subrogee of Jarom Heaton and Kristy Heaton, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the order denying special appearance signed by the trial court on November 18, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying special appearance. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.